UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Crim. No. 02-21 (JLL) |
| MIGUEL RODRIGUEZ | : <u>SCHEDULING ORDER</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), for a briefing schedule on the motion filed on March 13, 2012 by defendant Miguel Rodriguez, *pro se*, pursuant to 28 U.S.C. § 2255 (Docket No. 218), and for good and sufficient cause shown,

IT IS on this __30__ day of May 2012,

ORDERED that the Government's response to the defendant's motion shall be filed on or before August 1, 2012; and

IT IS FURTHER ORDERED that the defendant shall file a reply, if any, on or before September 1, 2012.

_____
HONORABLE JOSE L. LINARES
United States District Judge