

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Jane H. Yoon
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102

tel: (973) 645-2719
fax: (973) 297-2094

July 23, 2012

**VIA ECF**
Hon. Jose Linares, U.S.D.J.
United States District Court
  for the District of New Jersey
MLK, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:    *United States v. Miguel Rodriguez*, Cr. No. 02-21 (JLL)

Dear Judge Linares:

     I write with respect to Your Honor's Order dated May 30, 2012 in the above-captioned case, which directs the United States to submit a response to the defendant Miguel Rodriguez's *pro se* motion filed pursuant to 28 U.S.C. § 2255 (Docket No. 218) by August 1, 2012 and the defendant to file a reply, if any, by September 1, 2012. The United States respectfully requests a one-month extension, with a new deadline of August 31, 2012 and consents to a corresponding 30-day extension of time to October 1, 2012 for the defendant to file any reply.

     We thank the Court for its consideration.

                                 Respectfully submitted,

                                 PAUL J. FISHMAN
                                 United States Attorney

                                 /s/ *Jane H. Yoon*

                                 By: JANE H. YOON
                                 Assistant U.S. Attorney

cc: Miguel Rodriguez (by mail)

**SO ORDERED.**
Dated: _____

_____
Hon. Jose L. Linares, U.S.D.J.