UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :    Hon. José L. Linares

   v. :    Criminal No. 02-21 (JLL)

MIGUEL RODRIGUEZ :    **ORDER**

     This matter having come before the Court on the motion of defendant Miguel Rodriguez, *pro se*, for relief pursuant to 28 U.S.C. § 2255 (Docket No. 218); and Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane H. Yoon, Assistant U.S. Attorney), having opposed the defendant's motion as untimely and otherwise lacking merit; and the Court having considered the parties' submissions; and it appearing that the defendant's motion having been filed after the expiration of the statute of limitations; and for good cause shown,

     IT IS on this 12th day of SEPTEMBER, 2012,

     ORDERED that the defendant's motion (Docket No. 218) is hereby DISMISSED.

                                    HONORABLE JOSÉ L. LINARES
                                    United States District Judge